King SolOmOn Sekhemre El Neter
HOSTAGE # 5728054
MENS CENTRAL JAIL
441 BAUCHET ST.
LOS ANGELES, CA 90012

1 OF 2



2:20-CV-00542-JFW-JDE

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

King SolOmOn Sekhemre El Neter,
        PETITIONER
ALEX VILLANUEVA, SHERIFF L.A.C.
PATTON STATE HOSPITAL AND
THE ATTORNEY GENERAL OF THE
STATE OF CALIFORNIA
        RESPONDENT

## ADDITIONAL GROUND

GROUND 5: IN ADDITION TO THE TRIAL COURTS DEFECTIVE PROCEEDINGS THROUGH A VOID JURISDICTION PETITIONER WAS DEPRIVED THE RIGHT TO AN IMPARTIAL JURY, ADEQUATE OR SELF-REPRESENTATION, AND THE MEANS TO PREPARE AND PRESENT AN AFFIRMATIVE DEFENSE. (6TH AMENDMENT) SPEEDY TRIAL ACT (1974)

SUPPORTING FACTS: AT THE PETITIONERS REQUEST TO HAVE A JURY PRESENT DURING THE INCOMPETENCY HEARING THE COURT DECIDED TO DENY THIS OBLIGATION. CRIMINAL SUSPENSION WAS IMPLEMENTED BY PUBLIC DEFENDER GREGORY APT WHO IS IN A CONFLICT OF INTEREST WITH THE PETITIONER AS A RESULT OF SELF-REPRESENTATION RIGHTS REVOKED WITHOUT CAUSE.

# ADDITIONAL GROUND
(CONTINUES....)

WITHIN A PERIOD OF ALMOST 17 MONTHS THAT PETITIONER HAS BEEN INCARCERATED APROXIMATELY 10 MONTHS HAVE BEEN IN CRIMINAL SUSPENSION THROUGH A COLORABLE PROCESS AND TITLE OF INCOMPETENCY. (28 USCA 2241 C) 1/2/3) DURING THESE EXTRAORDINARY CIRCUMSTANCES I HAVE EXPERIENCED IRREPARABLE INJURY AND DAMAGE TO MY DEFENSE INCLUDING BUT NOT LIMITED TO STOLEN LAW BOOKS AND MATERIALS, EXCULPATORY EVIDENCE (PICTURES OF INJURIES), AND PRIVATE FOREIGN DOCUMENTS BOTH FROM PATTON STATE HOSPITAL AND HARASSMENT OF LOS ANGELES COUNTY EMPLOYEES (SGT. FUNGES, SKELLEY, LOPEZ, AGUILARA). THE DEPRIVATION OF RIGHTS IS SO EXTRAORDINARY THAT THERE IS NO HOPE OF OBTAINING AN ADEQUATE RESOLUTION.

King Johnson 999
PETITIONER