UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| KING SOL OM ON SEKHEMRE EL NETER,<br><br>        Petitioner,<br><br>    v.<br><br>ALEX VILLANUEVA, Sheriff,<br><br>        Respondent. | Case No. 2:20-cv-00542-JFW (JDE)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

     Pursuant to 28 U.S.C. § 636, the Court has reviewed the records herein, including the operative First Amended Petition (Dkt. 8, "Petition"), Petitioner's Motion for Preliminary Injunction (Dkt. 42), Respondent's Memorandum in Support of Motion to Dismiss (Dkt. 48), which the Court construes as Respondent's Answer to the Petition (Dkt. 52), Petitioner's Reply to the Answer (Dkt. 55) and Ex Parte Application for Temporary Restraining Order (Dkt. 56), the Report and Recommendation (Dkt. 58, "R&R") of the United States Magistrate Judge, and the "Judicial Notice" and Objections to the R&R filed by Petitioner (Dkt. 60, 61). Having engaged in a de novo review of those portions of the R&R to which objections have been made, the Court

concurs with and accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that:

1. Petitioner's Motion for Preliminary Injunction (Dkt. 42) and Ex Parte Application for a Temporary Restraining Order (Dkt. 56) are DENIED; and
2. Judgment be entered denying the Petition and dismissing this action without prejudice.

Dated: October 29, 2020

_____
JOHN F. WALTER
United States District Judge