JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| KING SOL OM ON SEKHEMRE EL NETER,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>ALEX VILLANUEVA, Sheriff,<br><br>　　　　Respondent. | Case No. 2:20-cv-00542-JFW (JDE)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of the United States Magistrate Judge,

IT IS ADJUDGED that the operative Petition is denied and this action is dismissed without prejudice.

Dated: October 29, 2020

_____
JOHN F. WALTER
United States District Judge